

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2015

No. 04-15-00226-CR

Arturo Rosales AKA Artemio Rosales-**AYALA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1785
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's motion for access to the appellate record is granted. We **order** the clerk of this court to send appellant, pro se, a copy of the record. We further **order** appellant's pro se brief is due **November 16, 2015**. Appellant is advised that no extensions of time to file the pro se brief will be granted absent a showing of extraordinary circumstances

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court